

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00239-CV

| | | |
|---|---|---|
| APACHE HOSE & BELTING COMPANY, INC., Appellant | § | On Appeal from the 271st District Court |
| | § | of Wise County (CV22-09-683) |
| V. | § | February 27, 2025 |
| KEYSTONE PARTS AND SUPPLY, LLC, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Apache Hose & Belting Company, Inc shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Dabney Bassel_____
Justice Dabney Bassel